[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IC

Zoe Marsh-Leigh

Plaintiff

v.

Defendant

)
)
)
)
)
)
)
)

**United States District Court**
**Northern District of Illinois**

# FILED

FEB 06 2025 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**COMPLAINT**

25cv1293
Judge Matthew F. Kennelly
Magistrate Judge Young B. Kim
CAT2
RANDOM

Alderman David Moore,
City of Chicago,
Sergeant At Arms Alvin Starks
Cook county Board President Toni Preckwinkle
Alderwoman Rossana Rodriguez-Sanchez
Alderwoman Michelle Harris

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF ILLINOIS**

**ZOE MARSH-LEIGH,**

*Plaintiff,*

**V.**

**ALDERMAN DAVID MOORE**, in his individual and official capacities,

**CITY OF CHICAGO,**

**SERGEANT-AT-ARMS ALVIN STARKS**, in his individual and official capacities,

**COOK COUNTY BOARD PRESIDENT TONI PRECKWINKLE**, in her individual and official capacities,

**ALDERWOMAN ROSSANA RODRIGUEZ-SANCHEZ**, in her individual and official capacities,

**ALDERWOMAN MICHELLE HARRIS**, in her individual and official capacities, *Defendants.*

# COMPLAINT FOR VIOLATIONS OF FEDERAL AND STATE LAWS

Plaintiff **Zoe Marsh-Leigh,** proceeding **pro se**, files this complaint against the **City of Chicago, Alderman David Moore, Sergeant-at-Arms Alvin Starks, Cook County Board President Toni Preckwinkle, Alderwoman Rossana Rodriguez-Sanchez,** and **Alderwoman Michelle Harris** for multiple violations of her **constitutional rights,** including but not limited to:

- **First and Fourteenth Amendments to the United States Constitution,**
- **Illinois Open Meetings Act (5 ILCS 120/1 et seq.),**
- **Illinois Whistleblower Act (740 ILCS 174/15),**
- **Illinois Civil Rights Act (740 ILCS 23/5).**

## PARTIES

1. **Plaintiff Zoe Marsh-Leigh is a resident of Chicago, Illinois,** and an **advocate for justice concerning her family's property rights and constitutional protections.**

2. **Defendant City of Chicago is a municipal entity responsible for the actions of its elected officials, employees, and law enforcement.**

3. **Defendant Alderman David Moore** is an elected official representing the **17th Ward of Chicago.** He:

   - **Refused to meet with Plaintiff's family** regarding their **property rights,**
   - **Retaliated against Plaintiff's advocacy,** and
   - **Blocked her participation in public meetings.**

4. **Defendant Sergeant-at-Arms Alvin Starks** is responsible for **security at City Hall** and participated in **the unlawful ban restricting Plaintiff's access to public meetings.**

5. **Defendant Cook County Board President Toni Preckwinkle** violated **Plaintiff's First Amendment rights** by **silencing her during public meetings.**

6. **Defendant Alderwoman Rossana Rodriguez-Sanchez** unlawfully **denied Plaintiff the right to speak** during public comment and **retaliated by having her arrested**.

7. **Defendant Alderwoman Michelle Harris** oversees **City Council security** and is the **Chair of the Committee on Committees and Rules,** one of the most powerful committees in City Council. She played a role in **maintaining Plaintiff's unconstitutional ban from City Hall** and **failed to intervene in the suppression of Plaintiff's First Amendment rights.**

## JURISDICTION AND VENUE

8. This Court has **subject matter jurisdiction** under:

- **28 U.S.C. § 1331** (federal question),

- **28 U.S.C. § 1343(a)(3)-(4)** (civil rights violations), and

- **42 U.S.C. § 1983** (deprivation of rights under color of law).

9. Venue is proper in the **Northern District of Illinois** under **28 U.S.C. § 1391(b),** as the events giving rise to this action occurred in **Chicago, Cook County, Illinois.**

**INTRODUCTION**

My name is Zoe Marsh-Leigh. I am a business owner, activist, manager, comedian, producer, and entrepreneur. I was born into a family deeply invested in the community, economic development, and civil rights. My mother, Charlene Marsh, is an entrepreneur and nonprofit founder, and my late father, Charles I. Leigh Sr., was a Super Bowl Champion and former NFL player. My activism is inspired by Richard "Dick" Gregory, whom I managed until his passing in 2017.

For the last two years, I have been advocating for my godfather, Leroy Singleton, and my mother, Charlene Marsh, who are currently waiting on The City of Chicago to settle my family's federal lawsuit 23 cv 6104 . Our family's battle with the City of Chicago is not just about us—it is about the continued corruption, retaliation, and suppression of South Side  property owners and activists in this city.

This case is about retaliation, censorship, and a blatant violation of my constitutional rights as I continue to demand answers about the City of Chicago's unlawful actions and their refusal to meet with my family to resolve our dispute.


# BACKGROUND FACTS

## The Fight for Justice Begins

In April 2023, I returned to Chicago, Illinois, to be closer to my mother, who had recently been hospitalized due to the stress caused by the City of Chicago's unlawful actions. I also intended to speak with the new administration and Alderman David Moore to find some kind of resolution before heading back to Atlanta, GA.

For decades, my family owned and maintained a building in the Auburn Gresham community, which was placed in a trust in 1972. It was more than just real estate—it was part of my family's legacy, a space intended for affordable housing for veterans through my mother's nonprofit, Notre Dame Affordable Housing, named in honor of our late cousin Jesse Brown, the former U.S. Secretary of Veterans Affairs under President Bill Clinton.

However, in 2017, the City of Chicago demolished our building without cause, due process, or compensation. My godfather, Leroy Singleton, had been living in one of the apartments when

city workers forced him out, giving him only ten minutes to gather his belongings before tearing down the property he had legally owned for decades.

The City of Chicago falsely claimed that the building violated city codes, yet no court order was ever issued for its demolition. To make matters worse, the City later denied our family's ownership of the deed, despite clear legal records proving otherwise.

It became clear that corruption was at work, and I refused to remain silent.

**The Protest at City Hall & Alderman David Moore's Retaliation**

Determined to seek justice, I began protesting daily outside Chicago City Hall (121 N. LaSalle St.) in June 2023, holding signs demanding answers and accountability.

For sixteen weeks, I stood outside calling on Mayor Brandon Johnson and Alderman David Moore to meet with my mother and godfather—both elderly individuals seeking a resolution.

Alderman David Moore, the representative of the 17th Ward where our building was located, walked past me every single day, ignoring my calls for justice.

I then began attending committee meetings inside City Hall, where I publicly confronted Alderman Moore, demanding he meet with my family. I played voicemails and read emails my mother had sent since 2017, proving that the City of Chicago's own law department acknowledged that our family was owed compensation.

Instead of responding, Alderman Moore blocked me on Facebook on October 10, 2023, violating my First Amendment rights by suppressing a constituent's speech.

**Retaliation: My Wrongful Arrest & City Hall Ban**

On November 14, 2023, I was arrested inside City Hall while attempting to speak during public comment at a City Council meeting.

Alderwoman Rossana Rodriguez-Sanchez refused to let me speak, angered by my exposure of financial corruption in the City's migrant funding and its disproportionate impact on Black communities.

I believe she called for my removal and arrest, violating my First Amendment right to participate in government proceedings.

I was banned from November 14, 2023, until February 11, 2024, because Sergeant-at-Arms Alvin Starks ensured I was silenced even further. He attended my first court date and told the prosecutor I could not return to City Hall until my case was resolved.

Later, Rodriguez-Sanchez also blocked me on X (Twitter), further suppressing my ability to engage in political discourse with a public official.

Once I was allowed to return to City Hall, I decided to see if Cook County Board President Toni Preckwinkle could help with getting involved to determine how a grocery store could operate on lots that the Cook County Recorder of Deeds office had no record of or any paperwork showing a deed for Yellow Banana, Save A Lot, or any of the defendants that received grant money from the City. Instead, I was detained after one meeting and was denied the right to speak a total of three times. That is why Preckwinkle is named in this lawsuit as well.

**January 9, 2025: Exposing More Corruption in the 17th Ward**

During public speaking on January 9, 2025, I realized that new development was happening in the 17th Ward, and Alderman David Moore was giving letters of recommendation to the Zoning Chairman for a development three blocks from where our building once stood.

I mentioned this during public speaking, and as the developer was leaving the chambers, I walked with him to the elevator and said:

"*I will find out everything about your company to make sure you're legit because I don't understand how everyone else can get a meeting with Alderman David Moore when he doesn't even live in the community or contribute to it.*"

When Alderman Moore saw me talking to the developer, he ran out of the chambers. The developer was the owner of Halsted Realty LLC, a company with no website I could find.

I then turned to Alderman Moore and said:

*"You're selling out our community. You refuse to meet with my family. A grocery store just had a grand opening on another part of our land, and we can't get any help from our Alderman."*

I never threatened him, put my hands on him, or engaged in any misconduct. The police intervened by stepping between us.

I then immediately went to Sergeant-at-Arms Alvin Starks and told him how unfair it was that our own Alderman refused to speak with us.

We are still waiting for the City of Chicago to make things right with my family by settling our case.

I have repeatedly called on Mayor Brandon Johnson for answers.

**January 14, 2025: Another Retaliatory Ban**

On January 14, 2025, the same day I was banned from City Hall, a Save A Lot store held its grand reopening on the other side of my family's land. Despite this, my family has yet to receive any compensation for the use of our property, including the land and parking lot. For over a year, I have repeatedly requested to see the lease agreement and demanded transparency regarding who is receiving payments for operating on our land. Neither Mayor Brandon Johnson, Alderman David Moore, nor executives at Save A Lot or Yellow Banana have provided any documentation to prove legal ownership or leasing rights. The Chicago Department of Planning and Development allocated $13 million in taxpayer funds to support this government-backed grocery store, yet there has been no accountability or disclosure regarding the legality of the property transaction.

Ironically , I was banned from City Hall until April 14, 2025, under false allegations of being "aggressive" and "harassing" elected officials—another blatant act of retaliation for holding the City accountable.

Sergeant-at-Arms Alvin Starks admitted that he never witnessed any misconduct, yet the City proceeded with the ban anyway.

This has been an ongoing pattern for the last two years because the City of Chicago refuses to settle my family's case, refuses to meet with us, and is trying to silence me because I have been exposing the money laundering happening through the Brandon Johnson administration.

I have filed numerous grievances with the City of Chicago Inspector General, the Federal Inspector General, the State Inspector General, and the Illinois Attorney General, but no solution has been found.

**On January 20, 2025, President Donald J Trump signed an executive order titled:**

**"Restoring Freedom of Speech and Ending Federal Censorship."**

My rights will not be violated just because the City of Chicago, Cook County, and the State of Illinois refuse to uphold the U.S. Constitution and the oath they take in office.

I have exhausted all other options and reached out to every advocacy group, including LGBTQ organizations, Black advocacy groups, women's rights groups, Catholic Charities (as a Catholic myself), and the ACLU.

My last resort was filing this lawsuit. I am suing them as public officials and personally.

All of this is documented via social media videos and paperwork that the public has been watching for the last two years.

I decided to finally file a lawsuit.

## LEGAL CLAIMS

## COUNT I - FIRST AMENDMENT RETALIATION (42 U.S.C. § 1983) & ILLINOIS OPEN MEETINGS ACT (5 ILCS 120/1 et seq.)

15. Defendants **retaliated against Plaintiff for exercising her First Amendment rights** by:

- **Blocking Plaintiff on social media (Moore, Rodriguez-Sanchez),**

- **Denying Plaintiff the right to speak at public meetings (Rodriguez-Sanchez, Preckwinkle),**

- **Wrongfully arresting Plaintiff during public comment (Rodriguez-Sanchez),**

- **Banning Plaintiff from City Hall without due process (Starks, Harris).**

16. The **Illinois Open Meetings Act (5 ILCS 120/1 et seq.)** prohibits public officials from **restricting public participation or silencing individuals** without **legal justification**.

## COUNT II - FOURTEENTH AMENDMENT DUE PROCESS VIOLATION (42 U.S.C. § 1983) & ILLINOIS OPEN MEETINGS ACT (5 ILCS 120/1 et seq.)

17. **Plaintiff was denied due process** when Defendants:

- **Issued an unlawful ban from City Hall (Starks, Harris, City of Chicago),**

- **Failed to provide notice, a hearing, or any legal justification** before banning Plaintiff (**City of Chicago, Starks**).

## COUNT III - ILLINOIS

## WHISTLEBLOWER ACT (740 ILCS 174) - RETALIATION FOR EXPOSING GOVERNMENT CORRUPTION

18. Plaintiff **publicly exposed financial fraud** in Chicago's migrant funding and grant mismanagement.

19. Shortly thereafter, **Plaintiff was arrested, detained, and banned from public meetings,** in violation of **Illinois Whistleblower Act (740 ILCS 174/15).**

## COUNT IV - ILLINOIS CIVIL RIGHTS ACT (740 ILCS 23) - RETALIATION BASED ON ACTIVISM

20. Plaintiff was **targeted, arrested, and banned** after advocating for Southside  property owners and exposing city corruption.

21. **Defendants discriminated against Plaintiff due to her activism** in violation of **Illinois Civil Rights Act (740 ILCS 23/5).**

# REQUEST FOR RELIEF

## A. Monetary Damages

22. **$2,000,000** in **compensatory damages**.

23. **$10,000,000** in **punitive damages**.

## B. Injunctive and Declaratory Relief

24. **Immediate Injunctive Relief** lifting the **City Hall ban**.

25. **Court declaration** that Defendants violated:

- **First Amendment (42 U.S.C. § 1983)**
- **Fourteenth Amendment (42 U.S.C. § 1983 - Due Process Violation)**
- **Illinois Open Meetings Act (5 ILCS 120/1 et seq.)**
- **Illinois Whistleblower Act (740 ILCS 174/15)**
- **Illinois Civil Rights Act (740 ILCS 23/5)**

## C. Attorney's Fees and Legal Costs

26. Plaintiff seeks **attorney's fees and legal costs** under **42 U.S.C. § 1988**.

# DEMAND FOR JURY TRIAL

Plaintiff **demands a trial by jury** on all issues so triable.

**Respectfully submitted,**

*Zoe Marsh-Leigh*
**Zoe Marsh-Leigh**
*Pro Se Plaintiff*



**CITY COUNCIL**
CITY OF CHICAGO

**COUNCIL CHAMBER**
SECOND FLOOR, CITY HALL
TELEPHONE: 312-744-6800

January 14, 2025

**HAND DELIVERED TO**
**ZOE MARSH-LEIGH**

RE: City Council and Committee Meetings /
Access to 2nd and 3rd Floors of City Hall

Dear Zoe Marsh-Leigh:

This letter serves as notice to you that as a result of your conduct toward an alderperson during the Committee on Zoning, Landmarks, and Building Standards meeting held on January 9, 2025, in the 2nd Floor Elevator Lobby area, you are hereby barred from in-person attendance at any meetings of the Chicago City Council and any of its committees until April 14, 2025, effective immediately. Specifically, your actions were aggressive, harassing, and required the intervention of Chicago Police Officers on scene.

Under my authority pursuant to Rule 49 of the Rules of Order and Procedure of the City Council, you are prohibited from access to the second or third floors of City Hall during this time. (See attachment of Rule 49 of the Rules of Order and Procedure of the City Council). If you enter the second or third floor of City Hall during this period, you are subject to citation and arrest for trespass. If you need to contact your ward office on either of those floors for constituent services, please inform the on-duty officer on the first floor of City Hall, and they will arrange for an appropriate aldermanic staffer to contact you.

During this period, you will be allowed to sign up for phone-in public comment through the usual process by calling 312.744.6800. (See attachment Chicago City Council and Committee Public Comment Process). However, your connection will be immediately terminated and your privilege to submit phone-in comment will be revoked if your comments include remarks in violation of the Rules of Conduct for Public Meetings.

Yours,

Alvin Starks
Sergeant-at-Arms
City of Chicago City Council

*Attachments:*
*Rule 49 of the Rules of Order and Procedure of the City Council*
*Chicago City Council and Committee Public Comment Process*

**Rules of Order**

**Rules of Order and Procedure Of The City Council, City Of Chicago For Years 2023 – 2027.**

**Sergeant-At-Arms.**

RULE 49. There shall be elected by the members of the Council a Sergeant-at-Arms of this Council and such assistants as the Council may direct who shall preserve order, obey the directions of the Council and of the Chair, and perform all duties usually appertaining to the office of Sergeant-at-Arms of deliberative assemblies; provided that such Sergeant-at-Arms and assistants shall be removable at the will of the Council by resolution duly adopted. The Sergeant-at-Arms and/or their designee, shall have the authority to terminate the broadcast of the proceedings of the City Council, and any of its committees, in the event of: (i) an emergency; (ii) an act of God; and/or (iii) any other extraordinary event which, in the judgment of the Sergeant-at-Arms, would not reflect the City Council proceedings or otherwise not be appropriate for public broadcast. The Sergeant-at-Arms, and/or their designee, shall restore the broadcast of the proceedings, after the cessation of such event, in an expeditious manner.

My name is Zoe Marsh- Leigh. I am writing this complaint on
The City of Chicago, Mayor Brandon Johnson, Steve Berlin
Executive Director of the Board of Ethics, Maya Stainback
(Senior Project Manager), Rossana Rodríguez-Sánchez (
Alderman 33rd ward / Chairman Committee on Health and
Human Relations), Alvin Starks (Sergeant at Arms)

Background
I own a brand called Uncomfortable Truth Lifestyle, I managed
Richard "Dick" Gregory from 2013- 2017. Mr. Gregory was a
comedian, actor, writer, and activist. In 2017, I moved to
Atlanta, Georgia, and was hired by Michael Render, and his wife
Shana, for personal assisting. My mother has been fighting the
city for the last five years for Eminent Domain, and CHA. My
mother was hospitalized three- four times. Trying to convince
my mother to move to Atlanta, she refused to move until she
received some type of justice, from her hometown. April 2023, I
decided to move back to Chicago, to help my mother fight the
City of Chicago.


Protesting
June 12th 2023, I decided to protest peacefully in front of 121 N
LaSalle St (City Hall) every day from 8am-4pm (lunch
-1:30Pm) for Eminent Domain ( The City of Chicago building
department illegally demolished my family building December
11th 2017 without compensation, Violation of the fifth
amendment) , I protested outside for 18 weeks.

ABC 7 Chicago
September 27th 2023 . ABC 7 broke the news story with me
about the migrant crisis, the resources for the south and west
side communities. Once that story broke, and attention was
brought to me. The more complicated it was for me to get in the
City Hall Chamber meetings.


1st Violation
My first time I was kept out of a Public meeting was October 4th
2023, and on October 11th 2023 , was placed in a handcuff.
I sent the following email to the City of Chicago Inspector
General Deborah Witzburg, Illinois Inspector General Susan
Haling, Civil Rights Illinois Attorney general, and Kristen
Clarke (Department of Justice Civil Rights department)
"I am writing this email to report Maya Stainback, for keeping
me out of the public meetings at City Hall.  October 4th 2023.
The Brandon Johnson administration are violating the open
meetings act and the violation of the first amendment, by telling
the Chicago police ( city hall) to not let a certain group of
people, from coming in, because the media keeps recording us,

when asked about the Audit for the immigration money, the audit for the Invest south/west money that was allocated for the south side and west side black communities, the money from the illegal demolition that occurred in my family, and my family has not yet been compensated.  The meetings are being staged, and the last meeting that was the 2024 Executive Budget Recommendations meeting, was a "ticketed event" VIP only. Which is illegal. Maya Stainback and Brandon Johnson senior aide is the reason behind this. On October 11th, I was about to be arrested for trying to get into the meeting. The police are being told not to let us in the meeting, and that is illegal. I am asking for the inspector general to investigate this, and I'm filing a federal lawsuit for the violation of my first amendment, and the open public meetings act, and the embarrassment. I am also asking for the inspector general to launch an investigation on the illegal demolition of my mother property. The city of Chicago government officials is breaking so many laws, and are stealing black people properties"

November 9ᵗʰ 2023
I was denied another meeting and sent an email to Deborah Witzburg, Steve Berlin, Alvin Starks (Sergeant at Arms) , Eprhaim Eaddy ( COPA) and ACLU
"I'm not sure how many emails I have to send to the inspector General a week, in order for you to investigate how Alvin Starks, The Chicago police and Brandon Johnson, keeps me away from attending City Council meetings, because I'm speaking out on the issues in Chicago and my community, and as a Black resident who pays taxes, I should not have any issues going to any public meeting at City Hall, especially when the City of Chicago illegally demolished my mother's commercial building, and City of Chicago claims adjuster who committed fraud on the City behalf, still works for the City of Chicago. I currently have a federal lawsuit pending, and I'm going file another lawsuit for violation of my first amendment right, the public meetings act, The Brown act, and any other law that is being violated. I will file a lawsuit every time, I'm not allowed in the Council Chambers, to the point, The Justice Department in DC will get involved. If I must fly to DC, and get the FEDS involved, I will. The City of Chicago corruption must end.  And I'm not going to be silenced, because the leadership skills in the City of Chicago doesn't exist. Don't become a public servant, if you can't handle the position, also stop bending rules, and think people don't know their laws.
I plan on attending all meetings next week, and I am filing my federal lawsuit on Monday as well. And I will continue to do so."

November 14ᵗʰ 2023
I decided to go to the 9:00am meeting on Committee on Health and Human Relations. The items on the agenda was LGBTQIA related, which I identify as a lesbian. I was at the meeting on time. The meeting started 15 minutes late. I also was one of the first 10 people to sign up for public comment speaking

Before the Public comments section started At the request of Sgt At Arms 'because of some incidents, that we have had in city council in the audience and the last few meetings that Sgt of arms had asked Chairman Rossana Rodriguez-Sanchez to read some rules of conduct for public meeting. Pursuant council Chicago rule of orders and procedure rules 49. Which was the first time that ever happened, since I have been going to meetings at City Hall, so I felt singled out, since I just sent prior email to the Inspector General and added The Sergeant at Arms.

Chairman Rossana Rodriguez-Sanchez said Since we had so many speakers today, we were limiting public comment to 2 mins and not 3 minutes, so everyone could speak. I was the only one that signed up just as early as everyone else and was not able to speak.
Instead, I was put of the meeting and arrested I was arrested and spent over 32 hours in lock up, I had to check myself voluntary in Jackson Park from November 16ᵗʰ -21ˢᵗ 2023, for an emotional break down, and PTSD

I am suing for violation of my first Amendment
Which protects our right to free speech, against government interference. Without the right to free speech and free expression, we are not Americans. None of our other rights would matter if we weren't able to speak up to protect them. It also protects freedom of religion, the right not to see the government establish an official religion, the freedom of the press, the freedom of the media to communicate and receive information, the right of the people to peaceably assemble, and the right to petition our government for a redress of grievances.,

violation of open public meetings act, The Open Meetings Act requires that all meetings of public bodies be open to the public unless the meetings fall within one or more of the exceptions contained in subsection 2(c) and are closed in accordance with section 2a of the Act. 5 ILCS 120/2(a)

# Lawsuit filed Executive order: RESTORING FREEDOM OF SPEECH AND ENDING FEDERAL CENSORSHIP

Inspector Witzburg :

I am writing a second time to report the violation of my First and Fourteenth Amendment rights. It has become evident to me that many elected officials in the City of Chicago fail to uphold the U.S. Constitution, but this cannot continue. I urge you to address this matter and notify Sgt. at Arms Alvin Starks and Alderman David Moore that violating my rights is unacceptable, as no policy can override the U.S. Constitution.

For context, I did not confront Alderman Moore in the City Chambers, where new rules were implemented last year prohibiting public mic use. Despite this, I have been banned from City Chambers until April 14, 2025, for confronting Alderman Moore. If he felt endangered, he should have filed charges with the Chicago Police Department located inside City Hall. However, he has

Our family is already pursuing legal action against Alderman Moore for refusing to meet with us regarding the unlawful demolition of our property within his ward. It is unacceptable for a public official to neglect their responsibilities toward the residents of the ward they oversee.

I respectfully ask that you advise Alderman Moore and Sgt. at Arms Alvin Starks to stop violating the U.S. Constitution and the Open Public Meetings Act. The incident in question did not occur in the chambers, during public comment, or under any conditions that justify such actions.

Furthermore, **per President Donald Trump's Executive Order: Restoring Freedom of Speech and Ending Federal Censorship**, it is your obligation to:

> *"Ensure that no Federal Government officer, employee, or agent engages in or facilitates any conduct that would unconstitutionally abridge the free speech of any American citizen."*

This directive underscores the fundamental principle that no government official has the authority to silence an individual's constitutionally protected voice.

If Alderman Moore truly believes he was threatened or assaulted, he should press charges. Otherwise, this letter banning me from the chambers must be rescinded immediately, allowing me to attend City Council meetings starting tomorrow. I have attached the letter for your review.

Additionally, I will not tolerate another year of government employees and elected officials violating my rights while money laundering and corruption continue unchecked during these public meetings. With the incoming federal administration—whom my organization and I proudly supported—I intend to reach out to them, as well as the new Department of Justice, to ensure that my voice is not silenced.

Thank you for your attention to this matter. Please feel free to contact me at (312) 358-1112 if you require further information.

Sincerely,
**Zoe Leigh**